(Official Form B1, P1, 12-03)

| UNITED STATES BANKRUPTCY COURT Southern  DISTRICT OF NEW YORK | Voluntary Petition |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle): **Christopher Mackin** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by debtor in the last 6 years (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Last four digits of Soc. Sec.No/Complete EIN or other Tax I.D. No. (If more than one, state all): **3776** | Last four digits of Soc. Sec.No/Complete EIN or other Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip): **493 Amsterdam Avenue Apartment 1B New York, New York 10024** | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor (If different from addresses listed above) | |

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue: (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable box)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-business
- [ ] Business

**Chapter 11, Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [x] Filing fee attached.
- [ ] Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3.

**Statistical/Administrative Information (Estimates Only)**  THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets (Check one box)
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts (Check one box)
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |


Blumberg's Law Products, Established 1887

Official Form B1 P2, 12-03

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Christopher Mackin |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Christopher Mackin
    Signature of Debtor

X   _____
    Signature of Joint Debtor

    Telephone Number (if not represented by attorney)
    Date:

**Signature of Attorney**

X   /s/ Mark K. Lindenberg (ML7671)
    Signature of Attorney for Debtor(s)

    Mark K. Lindenberg (ML-7671)
    Printed Name of Attorney for Debtor(s)
    Goldberg, Scudieri, Lindenberg & Block
    Firm Name
    45 West 45th Street, Suite 1401
    Address
    New York, NY 10036

    212-921-1600
    Telephone Number
    Date:

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

x   /s/ Mark K. Lindenberg (
    Signature of Attorney for Debtor(s)          Date

**EXHIBIT C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature(s) of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   _____
    Signature of Authorized Individual

    _____
    Print or Type Name of Authorized Individual

    _____
    Title of Authorized Individual by Debtor to File this Petition
    Date:

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

    _____
    Printed Name of Bankruptcy Petition Preparer

    _____
    Social Security Number (Required by 11 U.S.C. 110(c))

    _____
    Address

    _____
    Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X   _____
    Signature of Bankruptcy Petition Preparer
    Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.

**FORM B6F(Official Form6F) (12/03)**   BlumbergExcelsior, Publisher, NYC 10013

**Debtor** Christopher Mackin
**In re:**                                                                 **Case No.**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 212-721-8807<br>ATT<br>PO Box 8212<br>Aurora IL 60572 | | | phone bill | | | | 122.00 |
| Anne McCarthy<br>205 East 78th Street<br>Apt. 6-J<br>New York, NY 10021 | | | personal loan | | | | 4,000.00 |
| 4106360000469216<br>Aspire<br>PO Box 105374<br>Atlanta GA 30348-5374 | | | Credit Card Debt | | | | 179.00 |
| 9509250863<br>Bank of America<br>200 Exchange Street<br>Malden, NA 02148 | | | overdraft | | | | 300.00 |
| 4862362401316362<br>Capital One<br>PO Box 790216<br>St. Louis MO 63179-0216 | | | Credit Card Debt | | | | 393.80 |
| 4470212590000062<br>Con Edison<br>JAF Station PO box 1702<br>New York ,NY 10016-1702 | | | utility bills | | | | 1,011.00 |

|  |  |
|---|---|
| Subtotal | $ 6,005.80 |
| Total | $ 6,005.80 |

   X    continuation sheets attached.

**FORM B6F(Official Form6F) (12/03)** BlumbergExcelsior, Publisher, NYC 10013

**Debtor** Christopher Mackin **Case No.**
In re:

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 5178007341249696<br>First Premier Bank<br>PO Box 5147<br>Sioux Falls SD 57117-5147 | | | Credit Card Debt | | | | 233.41 |
| 62SBE6<br>HSBC Bank USA NA<br>c/o NCO Financial Systems<br>PO Box 41457<br>Philadelphia PA 19101-145 | | | Credit Card Debt | | | | 144.18 |
| 20789416-309-271<br>JP Morgan Chase Bank NA<br>c/o IC System Inc.<br>444 Highway 96 East<br>PO BOx 64887<br>St. Paul MN 55164-0887 | | | Overdraft Account | | | | 600.12 |
| 410416393081<br>Macy*s<br>PO Box 4563<br>Carol Stream IL 60197-456 | | | Credit Card Debt | | | | 493.15 |
| 00650308002941630<br>New York Magazine<br>National Credit Audit Cor<br>8512 Allen Road<br>Peoria IL 61615 | | | Revolving Credit | | | | 15.97 |
| 104039/2004<br>Peter Magnone<br>c/o Cutler Minikes & Adel<br>708 Third Avenue<br>New York, New York 10017 | | | Civil Court Judment entered againts debtor | | | | 10,475.00 |

Subtotal $ 11,961.83
Total $ 17,967.63

__X__ continuation sheets attached.

**FORM B6F (Official Form 6F) (12/03)**    BlumbergExcelsior, Publisher, NYC 10013

**Debtor** Christopher Mackin
**In re:**                                                                      **Case No.**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 8150110013128911<br>Time Warner Cable<br>PO Box 9227<br>Uniondale NY 11555-9227 | | | Utility bills | | | | 738.41 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

|  |  |
|---|---|
| Subtotal | $ 738.41 |
| Total | $ 18,706.04 |

_____ continuation sheets attached.